# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAPURE MERTIKHANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, et al., <br><br> Defendants. | Case No.: 1:21-cv-01205 DAD JLT <br><br> ORDER CLOSING THE CASE <br> (Doc. 9) |

The plaintiffs have filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **September 30, 2021**           **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE